UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE RUF,<br><br>    Plaintiff,<br><br>    v.<br><br>FESTIVAL FUN PARKS, LLC, dba RAGING WATER SAN JOSE,<br><br>    Defendant. | Case No. 22-cv-07458 NC<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

This case was removed from Santa Clara County Superior Court by defendant Festival Fun Parks, LLC. ECF 1. The party seeking to invoke federal court jurisdiction (here, the defendant) has the burden of establishing that federal subject matter jurisdiction exists. *Scott v. Breeland*, 792 F.2d 925, 927 (9th Cir. 1986). The Court must presume a lack of jurisdiction until the party asserting jurisdiction establishes otherwise. *Id.* As discussed at the CMC, citizenship for an LLC is determined by evaluating the citizenship of each of the members of the LLC. The Court ordered defendant to file supplemental information in support of removal by April 3, 2023. CMC Order, ECF 20. Defendant's April 3 filing does not satisfy diversity jurisdiction. ECF 22.

It is elementary that an LLC "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). It is *not* a citizen of the state in which it was formed or does business.

*Id.* (emphases added).  Therefore, whether Plaintiff and Defendant are diverse depends on the citizenship of Defendant's member, Palace Entertainment Holdings, LLC.  Defendant has not provided information about every state of which the owners/members of Palace Entertainment Holdings, LLC, is a citizen.  In *Lujan v. Festival Fun Parks, LLC,* 2022 WL 36241, *1 (C.D. Cal. Jan. 4, 2022), the Court determined that Festival Fun Parks, LLC, through its member Palace Entertainment Holdings, LLC, through its sole member Centaur United States Holdings, Inc., was a *California* citizen.  If that same information applied in this case, there would not be diversity of citizenship because plaintiff Bonnie Ruf is also alleged to be a *California* citizen.  ECF 1.

Consequently, Defendant must show cause in writing by April 17, 2023, as to why this case should not be remanded to Santa Clara County Superior Court due to a failure to establish federal subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: April 4, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge